UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

RODERICK DIAZ,
    Plaintiff,

v.

DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON,
    Defendants.

### DEFENDANTS, CITY OF BOSTON AND DAVID HIGGINS MOTION TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS PURSUANT TO FED.R.CIV.P. 6(B).

NOW COME the Defendants, City of Boston and David Higgins, who respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 6(b) for an extension of time to file responsive pleadings. As grounds for their motion, they state that:

1. Counsel for the Defendant made several attempts to contact Counsel for the Plaintiff to request his assent for more time to file a responsive pleading, but was unable to contact him (see Rule 7.1 certification, included below);

2. Undersigned counsel represents the City of Boston and expects to represent the named individual employee defendant, David Higgins;

3. Administrative requirements for appointment of undersigned counsel to represent David Higgins has not yet been completed;

4.  Following the completion of the appointment process, undersigned counsel will require additional time to meet with David Higgins and to prepare responsive pleadings on his behalf and on behalf of the City of Boston;

5.  The Defendants, City of Boston and David Higgins request an extension until February 25, 2005, to file responses to the Plaintiff's Complaint; and,

6.  Allowing this motion will not prejudice any party to the action and permitting the extension to file responsive pleadings to Plaintiff's Complaint will further the interests of justice.

WHEREFORE, the Defendants, City of Boston and David Higgins, respectfully request that this Honorable Court allow their motion to extend time to file responsive pleadings, and set the date for filing of responsive pleadings on or before February 25, 2005.

Respectfully submitted,
DEFENDANTS, CITY OF BOSTON, and
DAVID HIGGINS
Merita A. Hopkins
Corporation Counsel

By their attorney:

Tsuyoshi Fukuda (BBO #648739)
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4038

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused a true and correct copy of this document to be served upon counsel of record for the Plaintiff, via U.S. Mail to Winston Kendall at 136 Warren Street, Roxbury, MA 02119

2/3/05
Date

Tsuyoshi Fukuda