UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

FILED
IN CLERKS OFFICE

2005 FEB -3  P 4: 4!

U.S. DISTRICT COURT
DISTRICT OF MASS.

RODERICK DIAZ,
    Plaintiff,

v.

DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON,
    Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have been unable to communicate with Plaintiff's counsel, Winston Kendall, concerning the Defendants' Motion To Enlarge Time To File Responses To Plaintiff's Complaint, because in several attempts to contact the Plaintiff's Counsel on February 3, 2005, his telephone did not connect me to voice mail, but rather, either produced a constant busy signal or hung up on me. Thus, I was unable to gain the Plaintiff's counsel's assent regarding this motion.

Respectfully submitted,
DEFENDANTS,
By their attorney,

Tsuyoshi Fukuda (BBO# 648739)
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4038

**CERTIFICATE OF SERVICE**

I, Tsuyoshi Fukuda, hereby certify that on this date I served a copy of the foregoing documents upon: Winston Kendall at 136 Warren Street, Roxbury, MA 02119, via first class mail.

2/3/05
Date

Tsuyoshi Fukuda