UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

RODERICK DIAZ,

    Plaintiff,

v.

DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON

    Defendants.

**THE DEFENDANT, CITY OF BOSTON'S, MOTION TO DISMISS THE PLAINTIFF'S DISCRIMINATION CLAIM (COUNT II, PARAGRPAH 34 (A)) AND TO DISMISS/CONSOLIDATE COUNT II, PARAGRPAH 34(D) (TITLE VII) AND COUNT II, PARAGRAPH 34(E) (42 U.S.C. §2000e-3(a))OF THE PLAINTIFF'S COMPLAINT**

Pursuant to Fed. Civ. R. 12(b)(6), the defendant, City of Boston, moves to dismiss the plaintiff's discrimination claim (Count II, Paragraph 34(a)) because the claim is beyond the scope of the plaintiff's administrative charge and either dismiss or consolidate Count II, Paragraph 34(d) (Title VII) and Count II, Paragraph 34(e) (42 U.S.C. §2000e-3(a)) because the two claims are redundant.  In support of said motion, the

defendant, City of Boston, submits the attached Memorandum of Law.

WHEREFORE the Defendant, City of Boston, moves this Honorable Court to dismiss the above-mentioned allegations and claims against him as contained in the Plaintiff's Complaint in Count II.

**DEFENDANT REQUESTS AN ORAL ARGUMENT FOR THIS MOTION**

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel

By his attorneys:

/s/ Tsuyoshi Fukuda
Tsuyoshi Fukuda, Esq.
BBO# 648739
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
617-635-4038

2

CERTIFICATE OF SERVICE

    I, Tsuyoshi Fukuda, hereby certify that I served Defendant, City of Boston's, Motion to Dismiss upon the Plaintiff by mailing a copy, postage prepaid, to:

        Winston Kendall, Esq.
        136 Warren Street
        Roxbury, MA 02119


_____                                 /s/ Tsuyoshi Fukuda
Date                                     Tsuyoshi Fukuda