UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

RODERICK DIAZ,

    Plaintiff,

v.

DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON

    Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have been unable to communicate with Plaintiff's Attorney, Winston Kendall, because he did not respond to the voice mail I left with him on Thursday, February 24, 2005, informing him of the defendant's intention to file this motion to dismiss (Defendant City of Boston's Motion to Dismiss) and thus we were unable to resolve or narrow the issue prior to filing the above motion.

    Respectfully submitted,
    DEFENDANT, CITY OF BOSTON
    Merita A. Hopkins
    Corporation Counsel
    By its attorney:

    /s/ Tsuyoshi Fukuda
    Tsuyoshi Fukuda, Esq.
    BBO# 648739
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    617-635-4038

Case 1:05-cv-10154-NG    Document 7    Filed 02/25/2005    Page 2 of 2