UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

RODERICK DIAZ,

    Plaintiff,

v.

DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON

    Defendants.

**THE DEFENDANT, DAVID HIGGINS'S, MOTION TO DISMISS THE PLAINTIFF'S DISCRIMINATION CLAIM (COUNT I, PARAGRPAH 32 (A)) AND RETALIATION CLAIM (COUNT I, PARAGRPAH 32(B)), IN HIS INDIVIDUAL CAPACITY, AND ALL CLAIMS BROUGHT AGAINST HIM IN HIS OFFICIAL CAPACITY**

Pursuant to Fed. Civ. R. 12(b)(6), the defendant, David Higgins, moves to dismiss the plaintiff's discrimination claim (Count I, Paragraph 32(a)) and retaliation claim (Count I, Paragraph 32(b)), because the plaintiff failed to exhaust his administrative remedies against him by not naming him as an individual in his administrative charge. The defendant, David Higgins, also moves to dismiss all claims brought against him in his official capacity as they are duplicative of the claims

brought against the defendant, City of Boston. In support of said motion, the defendant, David Higgins, submits the attached Memorandum of Law.

WHEREFORE the Defendant, David Higgins, moves this Honorable Court to dismiss the above-mentioned allegations and claims against him as contained in the Plaintiff's Complaint in Count I.

**DEFENDANT REQUESTS AN ORAL ARGUMENT FOR THIS MOTION**

Respectfully submitted,
DEFENDANT, DAVID HIGGINS
Merita A. Hopkins
Corporation Counsel

By his attorneys:


/s/ Tsuyoshi Fukuda
Tsuyoshi Fukuda, Esq.
BBO# 648739
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
617-635-4038

CERTIFICATE OF SERVICE

    I, Tsuyoshi Fukuda, hereby certify that I served <u>Defendant, City of Boston's, Motion to Dismiss</u> upon the Plaintiff by mailing a copy, postage prepaid, to:

        Winston Kendall, Esq.
        136 Warren Street
        Roxbury, MA 02119


_____                              /s/ Tsuyoshi Fukuda
Date                                      Tsuyoshi Fukuda