UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

RODERICK DIAZ,

    Plaintiff,

v.

DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON

    Defendants.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

    Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that I have been unable to communicate with Plaintiff's Attorney, Winston Kendall, because he did not respond to the voice mail I left with him on Thursday, February 24, 2005, informing him of the defendant's intention to file this motion to dismiss (Defendant David Higgins's Motion to Dismiss) and thus we were unable to resolve or narrow the issue prior to filing the above motion.

    Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel
By its attorney:

/s/ Tsuyoshi Fukuda
Tsuyoshi Fukuda, Esq.
BBO# 648739
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
617-635-4038

1