UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. #05-10154-NG

RODERICK DIAZ

v.

DAVID HIGGINS ET AL.

OPPOSITION TO THE DEFENDANTS'
MOTIONS TO DISMISS

The plaintiff hereby opposes the Motions To Dismiss of defendants David Higgins and the City of Boston, on the ground that defendants have failed to show that plaintiff can prove no set of facts which would entitle him to relief. Johnsrud v. Carter, 620 F.2d 29 (3d.Cir., 1980).

Plaintiff relies on the facts of the Verified Complaint on file in this action; Affidavit of Counsel and Exhibit 1, annexed to the Affidavit.

Respectfully Submitted,

W.Kendall
BBO # 267480
136 Warren Street
Roxbury, Ma.02119
(617) 442-6130