UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. # 05-10154-NG

RODERICK DIAZ

v.

DAVID HIGGINS ET AL.

MOTION TO STRIKE DEFENDANTS' EXHIBIT OR FOR LEAVE TO FILE EXHIBIT 1, ANNEXED HERETO

Plaintiff hereby moves that this Court strike defendants' exhibit, a copy of the Charge filed by plaintiff at MCAD, on the ground that a Motion To Dismiss is required to be adjudicated solely on the basis of the facts of the complaint and that defendants, **sub silentio,** are seeking to convert the 12(b)(6) motion to a Motion For Summary Judgment. **Jones v. Auto Ins. Co.,** 917 F.2d 1528, 1532 ($11^{th.Cir.}$, 1990).

In the alternative, plaintiff moves for leave to file as Exhibit 1, a copy of the pages from the transcript of the deposition of the defendant City of Boston, taken pursuant to R.30(b)(6) in support of the proposition that even if defendant Higgins is deemed to not have been properly named as a party-respondent in the MCAD Charge, nonetheless, he was substantially identified with the employer and therefore falls under the exception to the requirement that he be named in the said MCAD Charge. **Collin v. Rector & Bd. of Visitors of the Univ. of Va.,** 873 F.Supp. 1008 (citing, **Brewster v. Shockley,** 554 F.Supp. 365, 367, (W.D.Va., 1983).

Respectfully Submitted,

_____
W.Kendall
136 Warren Street
Roxbury, Ma.02119
(617) 4423-6130