UNITED STATES DISTRICT COURT
DISTRICT OF MASSACUSETTS
C.A. #05-10154-NG

RODERICK DIAZ

v.

DAVID HIGGINS ET AL.

AFFIDAVIT IN SUPPORT OF MOTION
TO STRIKE OR FOR LEAVE TO
FILE EXHIBIT 1, ANNEXED

I, W.Kendall, depose and say that:

1. I am counsel for plaintiff.
2. Plaintiff did resort to the administrative machinery of the MCAD and did seek to conduct discovery, in litigating the Charge: #01-BEM -10929.
3. Plaintiff did serve a Rule 30(b)(6) Notice of Deposition on the defendant City of Boston.
4. Defendant David Higgins, who was named as a party respondent in the said Charge, appeared and testified on behalf of the corporate employer at the deposition.
5. Annexed hereto and incorporated as Exhibit 1, are copies of relevant pages from the transcript of the examination, conducted on $25^{th.February}$, '04, which show that defendant Higgins testified on behalf of defendant City of Boston, in his capacity of Director of CFM of the DPW.
6. At no time during the course of the MCAD proceedings, did either the defendant Higgins or City of Boston, offer to "conciliate" this matter.
7. The defendants denied liability and vigourously contested the allegations of the Charge on its merits.
8. I hereby certify that the copies of the pages of the transcript of the R.30(b)(6) deposition, are true and accurate copies of the originals.

_____
W.Kendall

$8^{th.March}$, '05

## L.R. 7.1(A)(2) CERTIFICATE

I, W.Kendall, counsel for plaintiff, hereby certify that in advance of the filing of plaintiff's Motion To Strike, I did confer with T.Fukuda, esq, counsel for defendants, to seek to narrow or eliminate the issues, but was not successful.

_____
W.Kendall

## CERTIFICATE OF SERVICE

I, W.Kendall, hereby certify that on 8th. March, '05, I did make service of Opposition To Motion To Dismiss; Memorandum; Motion To Strike; Affidavit and Exhibit 1, first class mail, postage pre-paid on T.Fukuda, esq., City of Boston Law Dept., Room 615, City Hall, Boston, Ma.02201.

_____
W.Kendall

Page 1

```
 1    COMMONWEALTH OF MASSACHUSETTS
 2      COMMISSION AGAINST DISCRIMINATION
 3                              #01-BEM-10929
 4                              VOL. I
                                PGS. 1-97
 5
      RODERICK DIAZ,                )
 6                                  )
              Plaintiff,            )
 7                                  )
          vs                        )
 8                                  —   Exhibit 1
                                    )
 9    CITY OF BOSTON DP, ET AL.     )
                                    )
10            Defendant.            )
                                    )
11
12       DEPOSITION OF DAVID HIGGINS, a witness
13    called on behalf of the Plaintiff taken
14    pursuant to the Massachusetts Rules of
15    Civil Procedure, before Lori J. Atkinson,
16    a Professional Court Reporter and
17    Notary Public in and for the Commonwealth
18    of Massachusetts at the offices of Winston
19    Kendall, 136 Warren Street, Roxbury, MA on
20    the 25th of February, 2004, commencing at
21    11:30 a.m.
22
              EYAL COURT REPORTING, INC.
23            4 Faneuil Hall Marketplace
                   Boston, MA 02109
24                 (800) 322-3925
```

```
                                                              Page 2
 1    APPEARANCES:

 2

 3    Winston Kendall, Esq.

 4       LAW OFFICES OF WINSTON KENDALL

 5       136 Warren Street

 6       Boston, MA 02119

 7       (617) 442-6130

 8       Counsel on behalf of the Plaintiff

 9

10

11    Tsuyoshi Fukuda, Esq.

12       CITY OF BOSTON LAW DEPARTMENT

13       City Hall, Room 615

14       Boston, MA 02201

15       (617) 635-4038

16       Counsel on behalf of the Defendant

17

18

19

20

21

22

23

24
```

```
 1                    INDEX

 2
                                                 Direct
 3   Witness

 4

 5   KATHLEEN KELLEY
                                                    4
 6     (By Mr. Kendall:)

 7

 8

 9

10                E X H I B I T S

11
                                                  Page
12   No.              Description

13
                                                   7
14   1                Notice

15
                                                  46
16   2                Job posting

17

18

19   ***Documents retained by Attorney

20   Kendall***

21

22

23

24
```

Page 7

1  strike; the Defendants did not do so. So
2  therefore everything listed on the notice of
3  deposition is open for discussion and inquiry.
4           Thank you.
5           Would you mark this, please.
6           (Document marked Exhibit No. 1
7  for identification.)
8           MR. KENDALL: Before we proceed,
9  we should state that the stipulations are
10 the normal stipulations. That is, all
11 objections, I guess as to form, will be reserved
12 until the time of trial.
13          MR. FUKUDA: Yes.
14          MR. KENDALL: Do you wish to have the
15 witness read, sign and file the notice of
16 deposition?
17          MR. FUKUDA: Read and sign. We
18 can waive the notary.
19          MR. KENDALL: Any other stipulations?
20          MR. FUKUDA: No.
21 BY MR. KENDALL (CONT'D):
22 Q.  Would you state your name, sir?
23 A.  My name is David Higgins.
24 Q.  What is your business address?

Page 8

```
1    A.    400 Frontage Road.
2    Q.    That's Boston?
3    A.    Yes.  02118.
4    Q.    What is your home address, sir?
5    A.    121 Walworth Street.
6    Q.    How do you spell that, sir?
7    A.    W-A-L-W-O-R-T-H.
8    Q.    Where is that, sir?
9    A.    Roslindale.
10   Q.    Zip code?
11   A.    02131.
12   Q.    Thank you, sir.  What is your job title?
13   A.    I'm director of Central Fleet Maintenance.
14   Q.    That's the City of Boston?
15   A.    Yes.  Department of Public Works.
16   Q.    So what are your duties associated with that
17         position?
18   A.    I oversee the maintenance of and repair
19         for city fleet vehicles.
20   Q.    Anything else?
21   A.    All of the associated tasks from budget
22         preparation to aiding other departments in
23         preparing specifications for vehicles to
24         be purchased to disposal of vehicles.
```