UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

RODERICK DIAZ,
    Plaintiff,

v.

DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON,
    Defendants.

## JOINT STATEMENT

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above named parties have conferred and propose the following pretrial schedule:

1. Joint Discovery Plan and Motion Schedule:

    The parties propose the following pretrial schedule:

    (a) Automatic document disclosure to be completed on or before December 13, 2005;

    (b) Written discovery requests are to be filed by March 15, 2006;

    (c) All depositions are to be completed by July 13, 2006;

    (d) The plaintiff's expert witnesses shall be designated by July 14, 2006 and the defendants' expert witnesses shall be designated within 30 days after the plaintiff discloses said expert(s) as contemplated by Fed. R. Civ. P. 26(b)(4)(A); designation of experts shall include provision of

        any information required by the Federal Rules of Civil Procedure and/or the Local Rules of the District of Massachusetts; any expert witness depositions shall be completed within 30 days of defendants' expert witness designation;

    (e)  All dispositive motions are to be filed by August 14, 2006, and responses are to be filed 14 days thereafter pursuant to Local Rule 7.1;

    (f)  The plaintiff shall name other parties, if any, not later than July 28, 2006;

    (g)  A final pre-trial conference will be held per order of the Court.

2. Defendants intend to take no more than 10 depositions during the discovery period, in conformity with Fed. R. Civ. P. 30(a)(2)(A) and Rule 26.1(C) of the Local Rules of the United States District Court for the District of Massachusetts.

3. Certifications regarding each of the parties' consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

PLAINTIFF RODERICK DIAZ

By his attorney

/s/ Winston Kendall
_____
Winston Kendall, Esq.
BBO# 267480
136 Warren Street
Roxbury, MA 02119
(617) 442-6130

DEFENDANT CITY OF BOSTON and DAVID HIGGINS
Merita A. Hopkins
Corporation Counsel

By her attorney:

/s/ Tsuyoshi Fukuda
_____
Tsuyoshi Fukuda, Esq.
BBO# 648739
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4038