UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. #05-10154-NG

| | |
|---|---|
| RODERICK DIAZ | MOTION TO STRIKE AND FOR FURTHER ANSWERS TO |
| v. | PLAINTIFF'S DISCOVERY REQUESTS |
| DAVID HIGGINS | |

Pursuant to R.37, FRCP, the plaintiff moves that the court strike defendant's Answers to Plaintiff's Interrogatories, #'s: 2-6; 8-17; 21 and 24 and instruct the defendant City of Boston to provide further answers to same and serve answers to the plaintiff's requests for production of documents.

The information sought is relevant to the material issues in this action and the defendant has made no showing, that they are not discoverable.

Plaintiff relies on the Affidavit and Exhibits annexed, which show that plaintiff clearly identified to the defendant, his reasons for the further answers and the manner in which he intends to use such further information.

Respectfully Submitted,

W.Kendall
136 Warren Street
Roxbury, Ma.02119
(617) 442-6130