UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODERICK DIAZ, )<br>    Plaintiff, )<br>                      )<br>        v.              )<br>                      )<br>DAVID HIGGINS, and )<br>DEPARTMENT OF PUBLIC )<br>WORKS, CITY OF BOSTON )<br>SEATING SOLUTIONS, )<br>    Defendants. ) | CIVIL ACTION<br>NO. 05-10154-NG |

ORDER ON DISCOVERY MOTION

SOROKIN, M.J.

      Plaintiff moved to strike defendants' interrogatory answers and compel further responses as well as require response to its request for production of documents (Docket #21). The Motion is ALLOWED IN PART AND DENIED IN PART.

      Based upon the papers and counsel's statements at the hearing on the Motion, only some of the Defendants' interrogatory response remain under dispute, they are addressed individually.

      Interrogatory #5 - Defendants shall supplement its response with the job title of the persons already identified and the criteria or standard applied in making the recommendation to the Commissioner and in the Commissioner's decision, e.g by explaining on what basis were these decisions made.

      Interrogatory #6- Defendants shall supplement its response with the starting salary and maximum salary for the foreman position to which Plaintiff applied as existed at the time of each

application.

Interrogatory #9- If Defendants dispute liability based upon Plaintiff having unreasonably failed to take advantage of an internal mechanism for resolving his complaints then defendants shall state all such facts upon which it relies in support of its position.

Interrogatory #10-The Motion for further answer to this Interrogatory is DENIED except as to the extent, if at all, the discussions concerned Plaintiff.

Interrogatory #11-The Motion for further answer to this Interrogatory is DENIED.

Interrogatory #13- Defendants shall provide the description regarding those complaints already identified concerning either defendant Higgins or Central Fleet Maintenance.

Interrogatory #17- The Motion for further answer to this Interrogatory is DENIED.

Interrogatory #21- The Defendants shall provide a description of how, if at all, employee productivity was measured prior to the implementation of the software program it has already described.

Interrogatory #24-The Motion for further answer to this Interrogatory is DENIED. Counsel shall confer so that Plaintiff can obtain information regarding the salary and benefits plaintiff would have obtained had he been promoted.

Defendants' further responses to the Interrogatories, as described above, are due on May 11, 2006.

                                                       /s/ Leo T. Sorokin
                                                       Leo T. Sorokin
                                                       United States Magistrate Judge

Date: April 20, 2006