UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

RODERICK DIAZ,
    Plaintiff,

v.

DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON,
    Defendants.

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

    Please enter my appearance as attorney of record for the Defendants in the above-captioned case, David Higgins, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and City of Boston.

Respectfully submitted,

DEFENDANTS, DAVID HIGGINS,
Individually, and, in his capacity
as Director of Central Fleet
Maintenance, City of Boston
Department of Public Works; and CITY
OF BOSTON,
William F. Sinnott, Corporation
Counsel

By their attorney:

/s/ Nicole Murati Ferrer
_____
Nicole Murati Ferrer BBO# 661474
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4045