UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

RODERICK DIAZ,

    Plaintiff,

v.

DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON

    Defendants.

**PLAINTIFF'S AND DEFENDANTS', CITY OF BOSTON'S AND DAVID HIGGINS', JOINT MOTION TO CONTINUE AMENDED JOINT STATEMENT SCHEDULING DATES BY AT LEAST THIRTY DAYS**

The Plaintiff and Defendants, City of Boston and David Higgins, jointly move to continue the Amended Joint Statement scheduling dates. In summary, the parties request that all standing scheduled deadlines be continued by at least thirty days for the following reasons:

1. On September 12, 2006, this Honorable Court held a status conference, and the Court established a schedule for the remainder of discovery and dispositive motions.

2. At the status conference the parties explained that Plaintiff had one remaining deposition to take of the City of Boston Human Resources Manager, Vivian

       Leonard. And the Defendants stated they had two remaining depositions to take: the Plaintiff and his designated expert and treating physician, Dr. Johnnie Hamilton-Mason.

3. Defendants further provided that prior to taking said depositions they first needed Plaintiff to produce his treatment records and bills from Dr. Hamilton-Mason, given that Plaintiff is alleging $500,000.00 in emotional distress damages and claims to suffer from post-traumatic stress disorder. Plaintiff assured the Court and Defendants that he would produce these records by September 25, 2006. The Defendants received these records on October 2, 2006.

4. At the September 12, 2006, status conference, the Court advised the parties to notice and or subpoena the outstanding depositions immediately. The parties followed this instruction, and all three depositions were scheduled for October 10, 12, and 18, 2006.

5. All of the noticed and/or subpoenaed depositions have been cancelled, however, because Plaintiff's counsel has been trying a jury case in Suffolk Superior Court from October 3, 2006, to October 16, 2006.

6. Further, the October 18, 2006, deposition of Dr. Hamilton-Mason has been cancelled due to her mandatory in-service training.

7. The Defendants intend to file motions for summary judgment in this case, and their counsel will need time to obtain the deposition transcripts and prepare the motions.

8. Continuing the standing scheduled deadlines by at least thirty days will not prejudice either party, as they jointly make this request.

9. Allowing the joint motion would establish the following schedule and would create only a thirty day extension: Defendants' summary judgment deadline December 31, 2006; Plaintiff's responses due January 21, 2007; reply due February 5, 2007; hearing on February 17, 2007.

WHEREFORE the parties jointly move this Honorable Court to continue the Amended Joint Statement scheduling dates.

```
                                Respectfully submitted,
                                DEFENDANTS, CITY OF BOSTON and
                                DAVID HIGGINS
                                William F. Sinnott
                                Corporation Counsel

                                By his attorneys:



                                /s/ Kate Cook
                                Kate Cook BBO# 650698
                                Nicole Murati Ferrer BBO# 661474
                                Assistant Corporation Counsel
                                City of Boston Law Department
                                Room 615, City Hall
                                Boston, MA 02201
                                617-635-4022 (Cook)
                                617-635-4045 (Murati Ferrer)


                                PLAINTIFF,
                                RODERICK DIAZ
                                By his attorney:



                                /s/ Winston Kendall

                                Winston Kendall, Esq.
                                BBO# 267480
                                136 Warren Street
                                Roxbury, MA 02119
                                617-442-6130
```