UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. # 05-10154-NG

RODERICK DIAZ

v.

DAVID HIGGINS ET AL.

OPPOSITION TO MOTION TO
COMPEL PLAINTIFF TO SUBMIT
TO A MENTAL EXAMINATION

The plaintiff hereby opposes the defendants' motion to compel the plaintiff to submit to a mental examination pursuant to FRCP 35.

In support of this Opposition, plaintiff states that the movants have failed to show that there is good cause for the requested examination and/or that the information is not available from another source.  The plaintiff has made available to the defendants, as part of discovery, his treatment history with Dr.Hamilton-Mason and her report.   The defendants have not shown that there is a specific need for any relevant information which cannot be obtained in such documents. Plaisted v. Geisinger Med. Ctr., 210 F.R.D. 539, 542 (M.D. Pa., 2002).

The movants have also omitted to provide all the necessary details of the proposed examination, e.g. the time, place, manner, conditions and scope of the examination .  R.35(a) FRCP.

Respectfully Submitted,

/s/ W.Kendall
_____
W.Kendall, BBO #267480
136 Warren Street
Roxbury, Ma.02119
(617) 442-6130