UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

RODERICK DIAZ

v.

DAVID HIGGINS, Individually,
and, in his capacity as Director
of Central Fleet Maintenance,
City of Boston Department of
Public Works, and CITY OF BOSTON

**PARTIES' JOINT MOTION TO CONTINUE AMENDED JOINT STATEMENT SCHEDULING DATES BY AT LEAST SEVEN DAYS**

The Plaintiff and Defendants, City of Boston and David Higgins, jointly move to continue the Amended Joint Statement scheduling dates by at least seven days for the following reasons:

1. On November 7, 2006, Defendants, City of Boston and David Higgins (the "Defendants"), filed a motion to compel Plaintiff to submit to a mental examination with the Defendants' expert.

2. Plaintiff filed an opposition on November 20, 2006.

3. On November 22, 2006, this Court allowed the Defendants' motion and ordered that said examination be conducted no later than November 30, 2006, presently the discovery deadline in this matter. However, the Court's order stated that if the examination could not be conducted within the prescribed time period, the Parties could select a prompt date thereafter and move for a brief extension to accommodate the examination.

4.  Unfortunately, due to the schedules of both the Plaintiff and Defendants' expert, the only mutually agreeable date to conduct the examination is Thursday, December 7, 2006.

5.  As such, the Parties hereby jointly request a minimum of a seven day extension of the discovery deadline to conduct the mental examination of Plaintiff.

6.  In addition, the Parties further request that the deadlines for the submission of the summary judgment motion, opposition and reply, be extended for at least the same time period as the discovery extension to allow the Parties to review the report generated by Defendants' expert.

7.  Continuing the standing scheduled deadlines by at least seven days will not prejudice either Party, as they jointly make this request.

WHEREFORE the Parties jointly move this Honorable Court to continue the Amended Joint Statement scheduling dates.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON and DAVID HIGGINS

By their attorneys,
William F. Sinnott, Corporation Counsel


/s/ Nicole Murati Ferrer_____
Nicole Murati Ferrer BBO# 661474
Kate Cook BBO# 650698
Assistant Corporation Counsels
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4045 (Murati Ferrer)
(617) 635-4022 (Cook)

Respectfully submitted,

PLAINTIFF, RODERICK DIAZ

By his attorney,


/s/ Winston Kendall
Winston Kendall
BBO# 267480
136 Warren Street
Roxbury, MA 02119
(617) 442-6130