UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

RODERICK DIAZ

v.

DAVID HIGGINS, Individually,
and, in his capacity as Director
of Central Fleet Maintenance,
City of Boston Department of
Public Works; and CITY OF BOSTON

**DEFENDANTS' ASSENTED TO MOTION TO CONTINUE THE SUMMARY JUDGMENT DEADLINE BY THIRTY DAYS**

The Defendants, City of Boston and David Higgins, move this Honorable Court to continue the scheduled summary judgment deadline of January 8, 2006, by at least 30 days to February 7, 2006.  In summary, the Defendants request that the summary judgment deadline and all subsequent scheduled deadlines be continued by at least 30 days for the following reasons:

1. On December 11, 2006, attorney Kate Cook accepted another job that will prevent her from completing the Defendants' summary judgment motions by January 8, 2006.

2. Attorney Nicole Murati Ferrer will be in Puerto Rico visiting family for the holidays from December 15 through January 8, 2007.

3.  Thus, it would greatly prejudice the Defendants to file their motions for summary judgment on or before January 8, 2006.

4.  Further, as of this date, the Defendants have yet to receive the deposition transcript from the deposition of Plaintiff Roderick Diaz taken on November 22, 2006, which was rescheduled several times.

5.  Additionally, Defendants were served with Requests for Admissions from Plaintiff on December 5 and 7, 2006, and are working on completing the discovery in a timely manner.

6.  As this Court is aware, due to scheduling conflicts, the IME of Plaintiff did not occur until December 7, 2006. The parties continue to await the results of the IME.

7.  Continuing the standing scheduled deadlines by at least thirty days will not prejudice either party.

8.  Counsel for the Plaintiff has assented to the allowance of this motion.

9.  Allowing this motion would establish the following schedule and would create only a thirty day extension: Defendants' summary judgment deadline February 7, 2007, Plaintiff's opposition deadline February 28, 2007, Defendants reply due March 7, 2007; hearing on March 19, 2007.

WHEREFORE the Defendants move this Honorable Court to allow this assented to motion and continue the Summary Judgment Deadline by at least 30 days to February 7, 2007, and continue all subsequent deadlines accordingly.

Respectfully submitted,

DEFENDANTS, CITY OF BOSTON and
DAVID HIGGINS

By their attorneys,
William F. Sinnott, Corporation
Counsel


/s/ Kate Cook
Kate Cook BBO# 650698
Nicole Murati Ferrer BBO# 661474
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
617-635-4022 (Cook)
617-635-4045 (Murati Ferrer)

Assented to,

PLAINTIFF, RODERICK DIAZ

By his attorney,


/s/ Winston Kendall
Winston Kendall, Esq.
136 Warren Street
Roxbury, MA 02119
617-442-6130
BBO# 267480