UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

RODERICK DIAZ,
    Plaintiff,
v.

DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON,
    Defendants.

NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Please enter my Notice of Withdrawal as attorney for the Defendants, City of Boston, and David Higgins, in the above-entitled action.

Respectfully submitted,

DEFENDANTS, DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON,

William F. Sinnott
Corporation Counsel

By their attorney:

/s/ Kate Cook
_____
Kate Cook
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022
BBO# 650698