UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

RODERICK DIAZ

v.

DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(b), David Higgins and the City of Boston (the "Defendants"), move this Honorable Court to grant summary judgment in their favor as there are no issues of material fact and they are entitled to summary judgment as a matter of law. Here, the Plaintiff is unable to establish a prima facie case of: (1) discrimination, Counts I, ¶32(a) and II, ¶34(a);[1] (2) retaliation under G. L. c. 151B, §4(4) or Title VII, Counts I, ¶ 32(b) and II, ¶¶ 34(b), (d); (3) tortious contract interference, Count I, ¶32(d); and (4) violation of 42 U.S.C. § 1981, Counts I, ¶32(c) and II, ¶34(c). Moreover, the

---

[1] The Defendants are also entitled to summary judgment as a matter of law as to these counts because they raise G. L. c. 151B, §4 claims which were not filed with the Massachusetts Commission Against Discrimination in accordance with G. L. c. 151B, §§ 5-9, and therefore, are not properly before this Court. See *Powers v. Grinnell Corp.*, 915 F.2d 34, 37 (1st Cir. 1990); *Commonwealth of Massachusetts v. Bull HN Information Systems, Inc.*, 143 F.Supp.2d 134, 158 (D.Mass. 2001).

1

Plaintiff is unable to rebut the assertion that the Defendants' decision not to promote him was lawful and non-discriminatory.

In further support of its Motion, the Defendants submit the attached Memorandum of Law and Local Rule 56.1 statement.

For the foregoing reasons and those orally presented to the Court, the Defendants respectfully request this Court allow their Motion for Summary Judgment.

Respectfully submitted,

DEFENDANTS, DAVID HIGGINS, in his official and individual capacity and CITY OF BOSTON

William F. Sinnott
Corporation Counsel

By their attorney:

**CERTIFICATE OF SERVICE**

**I hereby certify that a true copy of the above document was served upon Winston Kendall by mail.**

**2/7/07   /s/ Nicole Murati Ferrer**
**Date     Nicole Murati Ferrer**

/s/ Nicole Murati Ferrer
Nicole Murati Ferrer
Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4045
BBO# 661474