FILED
CLERKS OFFICE

2007 FEB 23  A 11: 53

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
U.S. DISTRICT
DISTRICT OF MASS
C.A. #05-10154-NG

RODERICK DIAZ

v.

DAVID HIGGINS ET AL.

OPPOSITION TO DEFENDANTS'
MOTION FOR
SUMMARY JUDGMENT

    Plaintiff hereby opposes defendants' motion for summary judgment.

    In support of this motion, plaintiff states that the undisputable facts provide both direct evidence of discrimination as well as circumstantial evidence; that the defendants engaged in racial discrimination and retaliation against plaintiff and caused plaintiff to be subjected to a hostile work environment.

    Defendants have failed to prove that there is no genuine dispute as to the material facts and that they are entitled to judgment as a matter of law.

    Plaintiff relies upon the Facts of the Plaintiff's Response to Defendants' L.R. 56.1 Statement and Plaintiff's L.R. 56.1 Statement of Facts In Support of Cross-Motion For Summary Judgment On Liability and the Exhibits to which reference is made therein.

By his Attorney,

*[signature]*

W. Kendall
136 Warren Street
Roxbury, Ma. 02119
(617) 442-6130