

FILED
RKS OFFICE
2007 FEB 23  A 11: 53
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. #05-10154-NG

| | |
|---|---|
| RODERICK DIAZ | AFFIDAVIT IN SUPPORT OF OPPOSITION TO SUMMARY JUDGMENT and IN SUPPORT OF PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT |
| v. | |
| DAVID HIGGINS ET AL. | |

I, W.Kendall, depose and say that:

1. I am counsel for plaintiff.
2. In support of the plaintiff's Response to Defendants' L.R. 56.1 Statement of Facts and plaintiff's L.R. 56.1 Statement In Support of Cross-Motion For Summary Judgment, plaintiff relies upon and incorporates certain of the defendants' Exhibits, including: B, C, D, F, H, I, J and Q which, inter alia, refer to sections of the transcripts of the depositions of various witnesses.
3. Plaintiff has designated his Response to defendants' Statement as "RSOF" with corresponding paragraph number(s).
4. Plaintiff has designated his L.R. 56.1 Statement of Facts as "PSOF" and similarly relies on the above designated exhibits.
5. Plaintiff also relies on the court's judicial notice of all statutes and regulations to which reference is made in the RSOF and PSOF, including but not limited to 29 CFR Part 1607.

_____
W.Kendall
Signed under pains and penalties of perjury.

19th.February, '07