# WINSTON KENDALL
## ATTORNEY AT LAW

WINSTON D. KENDALL

136 WARREN STREET
ROXBURY, MASSACHUSETTS 02119
(617) 442-6130

20th.March, '07

Magistrate-Judge Sorokin
U.S. District Court
1 Courthouse Way, Suite 6400
Boston, Ma. 02210

Re: C.A. 05-10154-NG
    Diaz v. Higgins et al.

Dear Judge Sorokin:

At the time of oral argument in this matter on 19th.March, '07, defendant suggested to the court that all claims which the plaintiff did not present administratively at the MCAD were barred.

Plaintiff told the court that the matter of the alleged failure to administratively present the disputed claims at MCAD was an affirmative defense that a party must affirmatively set up in its answer, which the defendants had omitted to do. Such omission would constitute a waiver of the defense.

The authority for that proposition is to be found in: McKinnon v. Kwong Wah Restaurant, 83 F.3d 498, 504-506 (lst.Cir., 1994). That opinion makes reference to the teaching of Knapp Shoes v. Sylvania Shoe Mfg. Corp., 15 F.3d 1222, 1226 (1st.Cir., 1994).

Thank you.

Sincerely,

W.Kendall

Cc Nicole Murati Ferrer, esq.