

# CITY OF BOSTON
# LAW DEPARTMENT
City Hall, Room 615
Boston, MA 02201

Thomas M. Menino
*Mayor*

William F. Sinnott
*Corporation Counsel*

October 4, 2007

**Attention: Maryellen Molloy, Court Clerk**
Honorable Nancy Gertner
United States District Court
District of Massachusetts
1 Courthouse Way
Court Room No. 2
Boston, MA 02210

      **RE:**   **Diaz v. City of Boston, et al.**
             **U.S.D.C. – Civil Action No. 05-10154-NG**
             **COB's File No. L-0099**

Dear Ms. Molloy:

      Per Judge Gertner's request, this is to inform the Court that my clients, the named defendants in the above-captioned matter, decided to respectfully decline the Court's offer to refer this matter to mediation.

      In the event you have any questions, please do not hesitate to contact this office. Thank you.

                                          Very truly yours,

                                          Nicole Murati Ferrer

cc:    Winston D. Kendall, Esq.