```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

                           CIVIL ACTION NO. 05-10154-NG
```

RODERICK DIAZ

v.

DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Please enter my appearance as attorney of record for the Defendants in the above-captioned case, David Higgins, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and City of Boston.

Respectfully submitted,

DEFENDANTS, DAVID HIGGINS,
Individually, and, in his capacity
as Director of Central Fleet
Maintenance, City of Boston
Department of Public Works; and CITY
OF BOSTON,
William F. Sinnott, Corporation
Counsel

By their attorneys:


/s/ Susan M. Weise
_____
Susan M. Weise (BBO# 545455)
First Assistant Corporation Counsel
Nicole Murati Ferrer (BBO# 661474)
Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4040 (Weise)
(617) 635-4045 (Murati Ferrer)