UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

RODERICK DIAZ

v.

DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON

## DEFENDANTS' REQUEST FOR A VOIR DIRE OF THE JURY

Pursuant to Fed. R. Civ. P. 47(a), the Defendants request this Honorable Court conduct an examination of the prospective jurors by posing the following questions to them.

1. This case involves allegations of retaliation by the City of Boston and one of its employees against Plaintiff. Do any of you, any member of your immediate family or friends believe that they have been the subject of employment retaliation? If so, do you believe that this would affect your ability to be fair and impartial in this case?

2. This case also involves the actions of a Director of the Public Works Department for the City of Boston.

    (a) Do any of you, any member of your immediate family or friends have any feelings one way or the other as to the Department of Public Works of the City of Boston? If so, do you believe that this would affect your ability to be fair and impartial in this case?

    (b) Do any of you, any member of your immediate family or friends have any feelings one way or the other as to the employees of the Department of Public Works of the City of Boston? If so, do you believe that this would affect your ability to be fair and impartial in this case?

3. Do any of you have any feelings or beliefs about the laws relating to retaliation that would make you unable to be fair and impartial on this case?

4. Do any of you have any feelings or beliefs about the City of Boston or its Public Works Department that would make you unable to be fair and impartial on this case?

Respectfully submitted,

DEFENDANTS, DAVID HIGGINS, in his official and individual capacity, and CITY OF BOSTON

William F. Sinnott, Corporation Counsel

By their attorneys:

/s/ Nicole Murati Ferrer
Nicole Murati Ferrer (BBO# 661474)
Assistant Corporation Counsel
Susan M. Weise (BBO# 545455)
First Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4045 (Murati Ferrer)
(617) 635-4040 (Weise)

**CERTIFICATE OF SERVICE**

**I hereby certify that a true copy of the above document was served upon Winston Kendall by EFC filing.**

**6/3/08   /s/ Nicole Murati Ferrer**
**Date    Nicole Murati Ferrer**