UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10154-NG

| |
|---|
| RODERICK DIAZ<br><br>v.<br><br>DAVID HIGGINS, Individually, and, in his capacity as Director of Central Fleet Maintenance, City of Boston Department of Public Works; and CITY OF BOSTON |

### DEFENDANTS' MOTION IN LIMINE TO SEQUESTER WITNESSES

The Defendants hereby move this Honorable Court to sequester the witnesses to be called during trial. In support of this motion, the Defendants state the factual details of this case are sharply disputed, and therefore, sequestering the witnesses would ensure there would be no collusion, fabrication or influencing of testimony. See Reporter's Notes Fed. R. Evid. 615. Moreover, the Court shall order the exclusion of witnesses upon request of a party, under Fed. R. Evid. 615. See United States v. Sepulveda, 15 F.3d 1161, 1176 (1st Cir. 1993) (Court had discretion to sequester witnesses and order witnesses not to discuss testimony).

Accordingly, the Defendants request the Court order the witnesses: (a) be sequestered so that they cannot hear the testimony of other witnesses; and (b) not to discuss their testimony until the end of trial so as to preserve the integrity of this action.

Respectfully submitted,

DEFENDANTS, DAVID HIGGINS, in his official and individual capacity, and CITY OF BOSTON

William F. Sinnott, Corporation Counsel

By their attorneys:


/s/ Nicole Murati Ferrer
Nicole Murati Ferrer (BBO# 661474)
Assistant Corporation Counsel
Susan M. Weise (BBO# 545455)
First Assistant Corporation Counsel
City of Boston Law Department
1 City Hall Plaza, Room 615
Boston, MA 02201
(617) 635-4045 (Murati Ferrer)
(617) 635-4040 (Weise)


## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that prior to the filing of this motion, counsel for the Parties conferred and attempted in good faith to resolve or narrow the issue presented herein.


Dated: June 9, 2008                                      /s/ Nicole Murati Ferrer
                                                         Nicole Murati Ferrer