

**Simmons College School of Social Work**
300 The Fenway, Boston, MA 02115
Office: Room: P-404K
Phone: 617/521-3911; FAX: 617/521-3980
Email:

**Academic Degrees:**

B.A.: Boston State College
M.S.W.: Simmons College, School of Social Work
Ph.D.: Smith College, School for Social Work

- 

## Course(s):

409: Dynamics of Racism and Oppression
411: Human Behavior in the Social Environment
484: Clinical Practice in Low Income Communities
545: Political Action & Strategies for Professional Social Workers
654: Qualitative Research Methods

## Personal Statement:

Dr. Hamilton-Mason is a Professor and Director of the Doctoral Program. Since 2001, she has also been a Harvard University W.E.B. DuBois Institute non-resident fellow in African American research. Her scholarship and research interests are primarily in African American treatment issues, the intersection of cross cultural theory and practice, and HIV/AIDS prevention and treatment. She has published articles such as "*Psychoanalytic Theory: Responding to the Assessment Needs of People of Color?*" "*Using the Color of*

http://web.simmons.edu/~hamilton/



**Simmons College School of Social Work**
300 The Fenway, Boston, MA 02115
Office: Room: P-404K
Phone: 617/521-3911; FAX: 617/521-3980
Email:

**Academic Degrees:**

B.A.: Boston State College
M.S.W.: Simmons College, School of Social Work
Ph.D.: Smith College, School for Social Work

- 

# Course(s):

409: Dynamics of Racism and Oppression
411: Human Behavior in the Social Environment
484: Clinical Practice in Low Income Communities
545: Political Action & Strategies for Professional Social Workers
654: Qualitative Research Methods

# Personal Statement:

Dr. Hamilton-Mason is a Professor and Director of the Doctoral Program. Since 2001, she has also been a Harvard University W.E.B. DuBois Institute non-resident fellow in African American research. Her scholarship and research interests are primarily in African American treatment issues, the intersection of cross cultural theory and practice, and HIV/AIDS prevention and treatment. She has published articles such as "*Psychoanalytic Theory: Responding to the Assessment Needs of People of Color?*" "*Using the Color of*

http://web.simmons.edu/~hamilton/

# CURRICULUM VITAE

## Johnnie Hamilton-Mason

**EDUCATION:**

| | |
|---|---|
| 2001-Present | Harvard University-W. E. B. Dubois Institute<br>Non Resident Fellow in African American Research |
| 1997-1999<br>3/2001 | Smith College for Social Work, Northampton, MA 2001<br>Ph.D |
| 1989-1994 | Boston University, Courses toward Ph. D |
| 9/90 | Officially accepted in joint program in Social Work/Sociology |
| 1976-1978 | Simmons College-Boston<br>Master of Science: Psychiatric Social Work<br>Awarded NIMH Fellowships first and second year |
| 1971-1975: | State College of Boston, Bachelor of Science: Psychology<br>and Sociology, with minor in Black Studies |

**ACADEMIC EXPERIENCE:**

| | |
|---|---|
| 1991-Present:<br>2003-Present<br>1996-2003 | Simmons College-School of Social Work, Professor<br>Director of Ph.D. Program<br>Simmons College School of Social Work<br>Coordinator of Racism and Oppression Sequence |
| 1991-Present | Wheelock College, Bachelor's Social Work Program |
| 3/89-7/89: | Roxbury Community College-Boston, Assistant Professor |
| 6/90-Present: | Boston University School of Social Work,<br>Assistant Clinical Professor |
| 9/88-9/91: | Boston University's Metropolitan College,<br>Assistant Clinical Professor |
| 9/85-9/88: | Salem State College School of Social-Work, Assistant Professor |
| 6/88-8/88: | Lesley College-Cambridge, MA, Assistant Professor |
| 6/84-9/84: | University of Massachusetts-Boston, Assistant Professor |
| 6/81-6/82: | Harvard University School of Public Health, Community<br>Health Improvement Program-Boston, Instructor |

Johnnie Hamilton-Mason Resume                                                      Page 3

**PROFESSIONAL EMPLOYMENT AND CONSULTATION** *continued...*

| | |
|---|---|
| 10/78-6/81: | Massachusetts Mental Health Center-Boston<br>Clinical Social Worker: Worked in Day Hospital<br>and Southard Clinic. |
| 6/78-10/78: | Roxbury Children's Service-<br>Clinical Social Worker: Provided clinical services to<br>adolescent, unwed mothers. Care and Protection work and<br>provided therapy for court referred adolescents. |
| 6/77-10/77:<br>Summer Break | Ellis Memorial Center-Boston<br>Volunteer Director and Social Worker |
| 9/75-10/76: | Boston City Hospital<br>Environmental Health Improvement Program, Medical<br>Follow-up Coordinator: Lead Poisoning Prevention Program.<br>Supervised the follow-up of children in weekly lead<br>clinic, insured that children in the city of Boston were<br>screened and treated for lead poisoning. |
| **PUBLICATIONS**: | Psychoanalytic Theory: Responding to The Needs of People of Color? (2004, Smith College Studies).<br>The Color of Fear As A Racial Identity Catalyst<br>Chapter in Sourcebook: The Color of Fear. (2003, in press)<br>Children Living in Urban Poverty (2005)<br>How to Console the Inconsolable: Natalie (2005, in press)<br>Twenty First Century Leading and Justice: A Qualitative Study on Leadership Curriculum (2005, in press) |
| **MISCELLANEOUS**: | Presented numerous papers and provided training on "Cross-Cultural Treatment, Empowerment of the African-American Family, African-American Treatment Issues in the 1990's, Working with Minority Adolescents, Issues in Black Child Adoptions, Adolescent Suicide, Racial Identity Development and Violence in the 1990's, An African Centered Response to People With HIV; Kenya; International Perspectives on HIV/AIDS". Research interest is in developing models to empower different groups in urban communities, HIV/AIDS and Anti-Racism. |
| **AFFILIATIONS**: | Member of Council of Social Work Educators<br>Member of National Association of Black Social Workers (NABSW)<br>Co-Chair of NABSW's Task Force on HIV/AIDS<br>Member of National Association of Social Workers<br>Member of American Public Health Association<br>University Affiliation Boston Medical Center,<br>Early Infant Development |

**COURSES TAUGHT:**   Black Child Development
The Black Family
The Black Women
Community Mental Health
Clinical Practice in Low Income Communities
Ego Psychology
Family Dynamics
Human Behavior in the Social Environment
Human Service II
Life Span Development
Micro Methods of Social Work Practice
Group Work Methods
Dynamics of Racism and Oppression
Services and Treatments of Alcoholism
Substance Abuse and the Community
Qualitative Research Methods

**PROFESSIONAL EMPLOYMENT AND CONSULTATION:**

| | |
|---|---|
| 10/99-Present | Multicultural AIDS Coalition, Consultant Popular Education and Clinical Supervisor |
| 9/97-Present | South End Community Mental Health Center, Senior Clinical Consultant |
| 6/94 | Parenting Column for Black Elegance Magazine, New York, N.Y. |
| 3/91-Present: | The Mom's Project-Boston, Clinical Supervisor |
| 6/91-4/94: | Roxbury Comprehensive Community Health Consultant, Clinical Supervision, and Psychotherapist |
| 7/90-10/92: | Children's Service of Roxbury Provide Clinical Supervision 2 hours per week |
| 6/89-8/89: 1/90-5/90: | Hawthorn Youth Community Center-Roxbury Group work with teenage females and their mothers |
| 2/86-6/86: 2/87-6/87: 2/88-6/88: | Latin Academy High School-Boston 8 hours per week consultation around the development of a model for Minority Retention and implementation. |
| 10/82-9/85: | Charles Hayden Adolescent Program-Dorchester, MA Clinical Director: Provided clinical supervision to a staff of twelve Master's Level Clinicians. Administratively and clinically responsible for 90 residential adolescents. Performed all intake &in-service training |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. # 05-10154-NG

RODERICK DIAZ

v.                                          MOTION FOR CONTINUANCE

DAVID HIGGINS ET AL.

    The plaintiff hereby moves that this Court grant a continuance in the trial of this matter on account of the expected unavailability of his expert witness, Dr.Johnnie Hamilton-Mason.

    Plaintiff states that Dr.Mason, who is a tenured professor at Simmons College, School of Social Work, recently notified him that she is on Sabbatical and is currently teaching a course-'Political Action Strategies For Clinical Social Workers' under the auspices of Simmons College, in collaboration with George Mason University, at the campus of George Washington University, Washington, D.C. and that such teaching commitment extends through the week beginning 16th.June, '08 to the end of the week.

    The testimony of Dr.Mason is indispensable to plaintiff's case, both on liability, Clifton v. MBTA, 445 Mass. 611, 616, 839 N.E.2d 314,318-19 (2005)(imposing liability for a retaliatory hostile work environment); Che v. MBTA , 342 F.3d 31, 39 (1st.Cir., 2003)( … no mechanical formula for proof of 'retaliation); Burlington Northern & Santa Fe Ry. Co. v. White, 543 U.S. 53 (2006); Martin v. Cavalier Motel Corp. 48 F.3d 1343, 1358 (4th.Cir., 1995)(appellate court rejected defendant's contention that the lower court had improperly admitted testimony from Martin's expert witnesses as to Martin's psychological symptoms and personality traits) and damages, Simon v. Solomon, 385 Mass.91, 431 N.E.2d 556 (1982); Bain v. City of Springfield, 424 Mass.758 (1997).

The jury may also consider the testimony of Dr.Mason on the issue of the degree of reprehensibility of the defendants' conduct. Clifton v. MBTA, **supra.**

The instant motion is presented in good faith and to protect and advance the right of the plaintiff to a fair trial on all of the issues presented. Plaintiff relies upon and incorporates the facts of the Affidavit which is annexed.

Respectfully Submitted,

W.Kendall
136 Warren Street
Roxbury, Ma.02119
(617) 442-6130

## CERTIFICATE OF SERVICE

I, W.Kendall, hereby certify that on 9th.June, '08, I made in-hand service of the foregoing Motion For Continuance, Affidavit and Exhibit, on N.Murati-Ferrer, esq., City of Boston Law Dept., Room 615, City Hall, Boston, Ma. 02201.

W.Kendall

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. # 05-10154-NG

RODERICK DIAZ

v.

DAVID HIGGINS ET AL.

AFFIDAVIT IN SUPPORT OF
MOTION FOR CONTINUANCE

I, W.Kendall, depose and say that:

1. I am counsel for plaintiff.
2. After the first postponement in the trial of this matter, I wrote to Dr.Johnnie Hamilton –Mason, on 3rd.March, '08 and informed her that the new date for trial was 16th.June, '08.
3. Dr.Mason is on the faculty at Simmons College, School of Social Work and in addition to normal teaching requirements, has a heavy load of work related to research.
4. I have recently been trying to reach Dr.Mason, by telephone both at her home and at Simmons and did leave messages that she contact me relative to her appearance at the trial.
5. Dr.Mason finally left a message in the late afternoon of 8th.June, '08 which I retrieved on the morning of 9th.June, '08.
6. I immediately telephoned Dr.Mason and was able to speak to her about her schedule as it related to the imminent trial.
7. Dr.Mason notified me that she is on Sabbatical and that since the beginning of the year, she has, inter alia, travelled to South Africa where she was conducting research; to Texas, at the University of Texas, Austin, Tx, where she performed work related to the effects of Hurricane Katrina on discrete populations., and to Utah, where she participated in activities, related to her service on the Steering Committee on Doctoral Students.
8. Further, Dr.Mason advised me that she is teaching a course entitled: 'Political Action Strategies For Clinical Social Work' under the auspices of Simmons School of Social Work, at the campus of George Washington University, Washington, D.C. and in collaboration with George Mason University. Dr.Mason's teaching requirements extend through the week beginning 16th.June, '08 to the end of the week.
9. Because of her commitment to teach the course and the demands of her personal life, (Dr.Mason is a 'working mother') Dr.Mason will be unavailable to testify at the trial beginning on 16th.June, '08.

10. The plaintiff's case relies in substantial measure, on the testimony of Dr.Mason both with respect to liability and damages.
11. The plaintiff did consult with Dr.Mason as a result of the discriminatory, harassing conduct and hostile environment at the DPW, City of Boston.
12. As a result of her interaction with plaintiff, Dr.Mason did prepare a Report (a copy of which has been provided to defendant pursuant to G.L. c.233 S.79G on or about 21st.February, '08).
13. It is expected that the defendant will rely on its expert witness, whose report disputes the finding of Dr.Mason, that plaintiff suffered from PTSD as a result of the hostile environment and discriminatory treatment in the workplace.
14. It is essential to plaintiff's case, that Dr.Mason appear at the trial to testify to: her experience and expertise, especially her understanding of the dynamics of racism, plaintiff's symptoms, her course of treatment, her diagnosis-that the symptoms were proximately caused by the work environment and her prognosis. Dr.Mason's diurnal duties as a Professor at Simmons, her extensive travel throughout the African Diaspora and her publications and teaching experience with regard to racism (one of Dr.Mason's courses is entitled: '409: Dynamics of Racism and Oppression') make her an invaluable witness capable of assisting the jury in determining whether the so-called business rationale proffered by the defendants for the adverse action, was/is pretext. Plaintiff relies upon and incorporates a copy of Dr.Mason's Curriculum Vitae-Exhibit A and Personal Statement, as appears on the SSW Website, Exhibit B.
15. Without Dr.Mason's testimony, plaintiff's case, both with regard to liability and damages, will be substantially undermined.
16. Dr.Mason will continue to have a busy professional and personal calendar for the rest of the summer and suggested that a date in September or October, '08 would be more convenient for her in order that she may appear at the trial.
17. Plaintiff has not heretofore sought a continuance.
18. Plaintiff requests this continuance in good faith and in order to present his case in the best possible and most favourable light to the jury.

W.Kendall

Dated: 9th.June, '08