CERTIFICATE OF SERVICE

I, W.Kendall, counsel for plaintiff, Roderick Diaz, hereby certify that on 10th.June, '08, I made in-hand service of Plaintiff's Oppositions to Defendants' Motions In Limine, on counsel for defendants, Nicole Murati Ferrer, esq., at the USDC, Courthouse Way, Boston, Ma. 02110.

/s/W.Kendall
W.Kendall