UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__Roderick Diaz__
                Plaintiff(s)

V.              CIVIL CASE NO. 05-10154-NG

__David Higgins, et al.__
                Defendant(s)

## NOTICE and ORDER

**Bowler, U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been set for __a mediation hearing__ on __6/20/2008__ at __10:00__ A.M. before Judge __Marianne B. Bowler__ in Courtroom # __25__ on the __7th__ floor.

It is also ORDERED that all parties and trial counsel are REQUIRED to attend and MUST have full binding settlement authority. Leave of Court is required for any exceptions. All confidential meditation briefs are to be submitted to the Court VIA FACSIMILE at (617) 204-5833 no later than TWO BUSINESS DAYS prior to the hearing.

                                        SARAH A. THORNTON,
                                        CLERK OF COURT

6/13/2008                                    /s/ Marc K. Duffy
Date                                             Deputy Clerk

(ADR Notice (Diaz).wpd - 3/7/2005)