**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>  Rodrick Diaz  </u>
     Plaintiff(s)

   V.         CIVIL ACTION NO.05-10154-NG

<u>  David Higgins, et al.  </u>
     Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>  GERTNER  </u>

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On <u>  6/20/2008  </u> I held the following ADR proceeding:

   ____ SCREENING CONFERENCE ____ EARLY NEUTRAL EVALUATION
   _X__ MEDIATION       ____ SUMMARY BENCH / JURY TRIAL
   ____ MINI-TRIAL       ____ SETTLEMENT CONFERENCE

  All parties were represented by counsel [except _____]

  The parties were / were not present in person or by authorized corporate officer [except _____].

  The case was:

[X]  Settled. Your clerk should enter a <u>60</u> day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

<u>  6/20/2008  </u>            <u>  Marianne B. Bowler, USMJ  </u>
DATE                ADR Provider

(ADR Report (Diaz).wpd - 4/12/2000)              [adrrpt.]