# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODERICK DIAZ<br>Plaintiff | |
| V. | CIVIL ACTION<br>NO.  1:05-cv-10154-NG |
| DAVID HIGGINS, et al<br>Defendant | |

## SETTLEMENT ORDER OF DISMISSAL

GERTNER,    D. J.

The Court having been advised on   6/20/2008   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

| | |
|---|---|
| 6/23/2008<br>Date | /s/ JENNIFER GAUDET<br>Deputy Clerk |

(Dismissal Settlement.wpd - 12/98)