```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

                              CIVIL ACTION NO. 05-10154-NG
```

| |
|---|
| RODERICK DIAZ<br><br>v.<br><br>DAVID HIGGINS, Individually,<br>and, in his capacity as Director<br>of Central Fleet Maintenance,<br>City of Boston Department of<br>Public Works; and CITY OF BOSTON |

### VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties in the above-entitled action stipulate to dismiss all counts as they relate to Defendant David Higgins, Individually, and, in his capacity as Director of Central Fleet Maintenance, and the City of Boston, with prejudice, without costs and waiving all rights of appeal, based on the grounds that the Plaintiff and the City of Boston have agreed to settle the case, as articulated in the Release Agreement executed by the Parties.

1

| | |
|---|---|
| PLAINTIFF, RODERICK DIAZ<br><br>By his attorney,<br><br>/s/ Winston Kendall (NMF)<br>_____<br>Winston Kendall, Esq.<br>136 Warren Street<br>Roxbury, MA 02119<br>(617) 442-6130<br>BBO # 267480<br><br><br><br><br>Dated: June 23, 2008 | DEFENDANTS, DAVID HIGGINS, Individually, and, in his Capacity as Director of Central Fleet Maintenance, and CITY OF BOSTON<br><br>William F. Sinnott, Corporation Counsel<br><br>By their attorneys,<br><br>/s/ Nicole Murati Ferrer<br>_____<br>Nicole Murati Ferrer, BBO # 661474<br>Susan M. Weise, BBO # 545455<br>City of Boston Law Department<br>1 City Hall Plaza, Room 615<br>Boston, MA 02201<br>(617) 635-4045 (Murati Ferrer)<br>(617) 635-4040 (Weise) |